**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERT FROELICH,**<br><br>    Plaintiff,<br><br>    v.<br><br>**JOHN MUIR MEDICAL CENTER, ET AL.**<br>    Defendants. | Case No.  4:21-cv-08319-YGR<br><br>**ORDER TO SHOW CAUSE RE: MOTION TO DISMISS AT DOCKET NUMBER 8**<br><br>Dkt. No. 8 |

On December 9, 2021, defendants John Muir Medical Center, Khashayar Montazeri, M.D., and Natalia Zielkiewizc, M.D., filed a motion to dismiss. Pursuant to Civil Local Rule 7-3(a), plaintiff's opposition was due 14 days after the motion was filed, which was December 23, 2021.

To date, plaintiff has not filed an opposition or statement of non-opposition. Accordingly, plaintiff is **HEREBY ORDERED**, on or before January 21, 2022 to file either: (1) a statement of non-opposition to the pending motion to dismiss at Docket Number 8; or (2) a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, defendants may file a reply on or before January 28, 2022. Plaintiff's failure to respond to this order shall constitute consent to grant the motion. In light of the foregoing, the Court **VACATES** the January 18, 2022 hearing on the motion to dismiss.

Defendants John Muir Medical Center, Khashayar Montazeri, M.D., and Natalia Zielkiewizc, M.D. are **HEREBY ORDERED** to serve this order on plaintiff and to file a proof of service on the docket no later than five days from the date of this order.

**IT IS SO ORDERED.**

Dated: December 30, 2021

                                                                        _____
                                                                        **YVONNE GONZALEZ ROGERS**
                                                                        **UNITED STATES DISTRICT JUDGE**