UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. FROELICH, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN MUIR MEDICAL CENTER, *ET AL.*,<br>        Defendants. | Case No.  4:21-cv-08319-YGR<br><br>**ORDER TO SHOW CAUSE RE MOTION TO DISMISS AT DOCKET NUMBER 26; ORDER VACATING HEARING**<br><br>Dkt. No. 26 |

On March 4, 2022, defendant Naveen S. Chandra filed a motion to dismiss. (Dkt. No. 26.) Pursuant to Civil Local Rule 7-3(a), plaintiff's opposition was due 14 days after the motion was filed, which was March 18, 2022.

To date, plaintiff has not filed an opposition or statement of non-opposition. Accordingly, plaintiff is HEREBY ORDERED, on or before April 26, 2022, to file either: (1) a statement of non-opposition to the pending motion to dismiss at Docket Number 26; or (2) an opposition with a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, defendants may file a reply on or before May 3, 2022. Plaintiff's failure to respond to this order may result in the case being dismissed for failure to prosecute. In light of the foregoing, the Court VACATES the April 26, 2022 hearing on the motion to dismiss at Docket Number 26.

Given the plaintiff's pro se status, the Court notes that another motion to dismiss for lack of prosecution has been filed by defendants John Muir Health, John Muir Medical Center, Vona Wright Lorenzana, Khashayar Montazeri, Tommy Thanh Nguyen, and Natalia Zielkiewizc at Docket Number 30. The hearing on this motion has been reset for May 10, 2022 since the original hearing date did not comply with the Civil Local Rules. Plaintiff also must respond to this motion

or file a statement of non-opposition. Pursuant to Civil Local Rule 7-3(a), plaintiff's opposition for the motion at Docket Number 30 is due by April 18, 2022. Plaintiff is hereby put on notice that failure to file a response to the motion at Docket Number 30 may also result in the case being dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 13, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**